**Order entered March 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01066-CR

**KRISTIE LYN HERMES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81667-2013**

## ORDER

Before the Court is the State's second motion for extension of time to file its brief. The motion is **GRANTED**. We **ORDER** the State's brief received on February 19, 2015, filed as of the date of this order.

/s/     CRAIG STODDART
PRESIDING JUSTICE